

**VICTORIA COBB**

Family Foundation
President

**WEDNESDAY**

TRI-LABS @ Lunch
(B104-106)

 THIS WEDNESDAY     TRI LABS @ LUNCH