CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
September 14, 2026
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| J. Doe, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 3:25-cv-00094 |
| Albemarle County School Board | ) | |
| and | ) | |
| Victoria Cobb, | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the court on Defendant Albemarle County School Board's motion to dismiss, (Dkt. 40), and Defendant Victoria Cobb's "Motion and Joinder in Motion to Dismiss," (Dkt. 44). For the reasons stated in the court's accompanying Memorandum Opinion, the motions to dismiss are **GRANTED**. Plaintiff J. Doe's Title IX claim is **DISMISSED without prejudice** with leave to amend.

Doe may file an amended complaint no later than 21 days after the date of this Order.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

**IT IS SO ORDERED.**

**ENTERED** this 14th day of September, 2026.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE